**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MOHAMMED AL-ADAHI, <u>et</u> <u>al.</u>,  :
                                   :
    Petitioners,           :
                                     :
    v.                          :       Civil Action No. 05-280 (GK)
                                     :
BARACK H. OBAMA, <u>et</u> <u>al.</u>,    :
                                     :
    Respondents.          :
                                     :

<u>ORDER</u>

A Status Conference was held in this case on October 6, 2009, which took place in part in open court and in part in a sealed courtroom due to the discussion of classified information. Upon consideration of representations of the parties, and the entire record herein, it is hereby

**ORDERED**, Petitioner Hamdoun's case is **stayed for 120 days**; and it is further

**ORDERED**, that a Merits Hearing on Petitioner Bawazir's petition shall be held **November 23 through November 25, 2009.** A Pre-trial Conference shall be held in this case on **November 16, 2009, at 10:00 a.m.;** and it is further

**ORDERED**, that a Merits Hearing on Petitioner Al-Nahdi and Petitioner Al-Assani shall be held **January 4 through January 8, 2010.** Parties' Motions for Judgment on the Record are due on **November 16, 2009,** and Oppositions are due on **December 4, 2009.** A

Pre-trial Conference shall be held in these cases on **December 22, 2009, at 10:00 a.m.**

_____/s/_____
October 7, 2009                          Gladys Kessler
                                         United States District Judge

<u>Copies to</u>:  Attorneys of Record via ECF

u